# IN THE SUPREME COURT OF TEXAS

═══════════════
No. 18-0028
═══════════════

MACINA, BOSE, COPELAND AND ASSOCIATES D/B/A MBC ENGINEERS, MCCORD ENGINEERING, INC., JORDAN & SKALA ENGINEERS, INC., SAGE GROUP, INC., AND SAGE ARCHITECTURE, INC., PETITIONER

v.

ERIKA YANEZ, INDIVIDUALLY AND AS NEXT FRIEND OF JOSE MANUEL LOPEZ, E.L.Y., A MINOR X.L.Y., A MINOR, AND SAMUEL MEJIA, RESPONDENT

═══════════════════════════════════
ON PETITION FOR REVIEW
═══════════════════════════════════

**ORDER**

1.      Pursuant to the status report, filed September 23, 2019, this case remains ABATED to allow the parties to proceed with settlement negotiations.

2.      The Court's abatement order of July 24, 2019 expired by its own terms on September 23, 2019. The abatement is extended until November 26, 2019, by which time the parties must file either a status report or a motion to dismiss. The parties shall immediately notify this Court about any changes in status in the settlement proceedings.

Done at the City of Austin, this 27th day of September, 2019.

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS

By Claudia Jenks, Chief Deputy Clerk